## TABLE OF EXHIBITS TO COMPLAINT

| Exhibit No. | Description | Page |
|---|---|---|
| 1 | Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction; and Memorandum of Points and Authorities in Support Thereof [Redacted] | 27 |