Ashok Ramani (SBN 200020)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel:  (650) 752-2000
Fax:  (650) 752-2111
ashok.ramani@davispolk.com

Dana M. Seshens (NY SBN 4148128)
(*pro hac vice application forthcoming*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800
dana.seshens@davispolk.com

*Attorneys for Plaintiff Pfizer Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFIZER INC.,<br><br>Plaintiff,<br><br>- against -<br><br>CHUN XIAO LI and DOES 1-5,<br><br>Defendants. | Case No. 3:21-cv-01980-CAB-JLB<br><br>**PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**<br><br>Judge: Cathy Ann Bencivengo |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 83.3(g), Rule 65 of the Federal Rules of Civil Procedure, 18 U.S.C. § 1836(b)(3)(A), and other applicable law, Plaintiff Pfizer Inc. ("Pfizer") respectfully moves for an order that:

(a)   Enjoins Ms. Chun Xiao Li from further using, disclosing, or transmitting Pfizer's confidential information or trade secrets;

     (b)    Enjoins Ms. Li from destroying, manipulating, or otherwise altering any of Pfizer's confidential information and trade secrets in her possession, custody, and control, including any electronic information such as metadata that shows last-access date and creation date; and

     (c)    Directs Ms. Li to provide Pfizer's outside counsel with attorneys-eyes-only access to (i) her personal Google Drive account(s), (ii) any and all computing devices in her possession, custody, and control, and (iii) to any other account or device on which she may have stored Pfizer's confidential information or trade secrets, as well as to return any hard copy documents containing Pfizer's confidential information or trade secrets.

     A temporary restraining order and preliminary injunction are appropriate in this case because Ms. Li has misappropriated Pfizer's confidential, proprietary, and trade-secret information, threatens to use or disclose that information further, and Pfizer will be imminently and irreparably harmed as a result.  The grounds for this motion are set forth in Plaintiff's accompanying memorandum of points and authorities, Declarations of Ashok Ramani, Dan Meyer, Thomas Smith, Brian Coleman, and Kevin Clarke and exhibits attached thereto, and all the pleadings and proceedings herein.

     Pursuant to Federal Rule of Civil Procedure 65(b)(1)(B) and Civil Local Rule 83.3(g)(2), Counsel for Pfizer did not inform Ms. Li that Pfizer was filing this *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction in this Court because of the substantial risk that Ms. Li would destroy further evidence upon receiving notice.  The reasons for why notice to Ms. Li is not required are set forth in the Declaration of Ashok Ramani.

| | | |
|---|---|---|
| 1 | November 23, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | *s/ Ashok Ramani* |
| | | Ashok Ramani (SBN 200020) |
| 4 | | DAVIS POLK & WARDWELL LLP |
| | | 1600 El Camino Real |
| 5 | | Menlo Park, California 94025 |
| 6 | | Tel:   (650) 752-2000 |
| | | Fax:   (650) 752-2111 |
| 7 | | ashok.ramani@davispolk.com |
| 8 | | |
| | | Dana M. Seshens (NY SBN 4148128) |
| 9 | | (*pro hac vice application forthcoming*) |
| 10 | | DAVIS POLK & WARDWELL LLP |
| | | 450 Lexington Avenue |
| 11 | | New York, New York 10017 |
| | | Tel:   (212) 450-4000 |
| 12 | | Fax:   (212) 701-5800 |
| 13 | | dana.seshens@davispolk.com |
| 14 | | |
| 15 | | *Attorneys for Plaintiff Pfizer Inc.* |