Ashok Ramani (SBN 200020)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel:   (650) 752-2000
Fax:   (650) 752-2111
ashok.ramani@davispolk.com

Dana M. Seshens (NY SBN 4148128)
(*pro hac vice application forthcoming*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:   (212) 450-4000
Fax:   (212) 701-5800
dana.seshens@davispolk.com

*Attorneys for Plaintiff Pfizer Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFIZER INC., <br><br> Plaintiff, <br><br> - against - <br><br> CHUN XIAO LI and DOES 1-5, <br><br> Defendants. | Civil Action No. 3:21-cv-1980-CAB-JLB <br><br> **DECLARATION OF ASHOK RAMANI IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** <br><br> Redacted |

I, Ashok Ramani, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court and a partner with Davis Polk & Wardwell LLP, counsel for Plaintiff Pfizer Inc. in the above-captioned action. I am familiar with the facts set forth herein and submit this Declaration in support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction pursuant to Fed. R. Civ. P. 65(a)–(b) and 18 U.S.C. § 1836(b)(3)(A), dated November 22, 2021. If called as a witness, I could and would testify to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Confidentiality, Non-Solicitation and Assignment of Inventions Agreement between Pfizer and Defendant Chun Xiao (Sherry) Li, dated August 22, 2016.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Mutual Arbitration and Class Waiver Agreement between Pfizer and Ms. Li.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a September 24, 2021 Pfizer presentation titled "E2E Clinical Development + Submissions Playbook."

5. Attached hereto as **Exhibit 4** is a true and correct copy of a February 21, 2021 Pfizer presentation titled "Pfizer Oncology Virtual Hematology Franchise Year Beginning Meeting."

6. Attached hereto as **Exhibit 5** is a true and correct copy of a July 6, 2021 Pfizer "Clinical Development Plan Document."

7. Attached hereto as **Exhibit 6** is a true and correct copy of a February 20, 2019 Pfizer presentation titled "Avelumab Case Study – Implementation of BLRM in Oncology Dose Finding Trials with Multiple Drug Combinations."

*Certification Regarding Ex Parte Motion*

8. Under Federal Rule of Civil Procedure 65(b)(1) and Local Civil Rule 83.3(g)(2), I certify that the Court should not require Pfizer to provide notice of its Motion to Ms. Li. I am not aware of Ms. Li having retained counsel to represent

her in connection with Pfizer's claims or Pfizer's investigation of her conduct, and I understand that Ms. Li is not herself a lawyer.

9. If Pfizer were to give notice to Ms. Li, her conduct over the past few weeks poses a substantial risk that she destroys evidence relevant to Pfizer's claims. As a third-party forensic analysis revealed, prior to making available for inspection a laptop and external hard drive that she contended contains Pfizer files, hundreds of documents from the external hard drive were deleted. Clarke Decl. ¶ 16. And instead of providing the computer that she used to transfer Pfizer files to her external hard drive, Ms. Li provided Pfizer with a different laptop that a third-party forensics analysis reveals was not in use during the relevant times. *Id.* ¶ 15. In addition, Ms. Li has refused to disclose the identity of her new employer or speak with Pfizer personnel again despite Pfizer's recent requests for a meeting. Smith Decl. ¶ 12. Pfizer thus reasonably believes that, without a court order compelling compliance, there is a substantial and imminent risk that Ms. Li would delete additional documents or dispose of accounts or devices and other evidence upon receiving advance notice of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:  November 22, 2021
                San Diego, California.

                                            *s/ Ashok Ramani*
                                            Ashok Ramani