# TABLE OF EXHIBITS TO DECLARATION OF ASHOK RAMANI IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

| Exhibit No. | Description | Page |
|---|---|---|
| 1 | Confidentiality, Non-Solicitation and Assignment of Inventions Agreement between Pfizer and Defendant Chun Xiao (Sherry) Li, dated August 22, 2016 | 4 |
| 2 | Mutual Arbitration and Class Waiver Agreement between Pfizer and Ms. Li | 9 |
| 3 | Pfizer presentation titled "E2E Clinical Development + Submissions Playbook," dated September 24, 2021 | 15 |
| 4 | Pfizer presentation titled "Pfizer Oncology Virtual Hematology Franchise Year Beginning Meeting," dated February 21, 2021 | 83 |
| 5 | Pfizer "Clinical Development Plan Document," dated July 6, 2021 | 185 |
| 6 | Pfizer presentation titled "Avelumab Case Study – Implementation of BLRM in Oncology Dose Finding Trials with Multiple Drug Combinations," dated February 20, 2019 | 300 |