# EXHIBIT 3
## FILED UNDER SEAL

Exhibit 3
15