# EXHIBIT 4
## FILED UNDER SEAL

Exhibit 4
83