# EXHIBIT 5
## FILED UNDER SEAL

Exhibit 5
185