# EXHIBIT 6
## FILED UNDER SEAL

Exhibit 6
300