Ashok Ramani (SBN 200020)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel:   (650) 752-2000
Fax:   (650) 752-2111
ashok.ramani@davispolk.com

Dana M. Seshens (NY SBN 4148128)
(*pro hac vice application forthcoming*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:   (212) 450-4000
Fax:   (212) 701-5800
dana.seshens@davispolk.com

*Attorneys for Plaintiff Pfizer Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFIZER INC.,<br><br>Plaintiff,<br><br>- against -<br><br>CHUN XIAO LI and DOES 1-5,<br><br>Defendants. | Civil Action No. 3:21-cv-1980-CAB-JLB<br><br>**DECLARATION OF KEVIN CLARKE IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Kevin Clarke, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of eighteen and make this Declaration In Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction dated November 23, 2021, based on personal knowledge and experience. If called as a witness, I could and would testify to such facts under oath.

2. I am currently a Manager of Digital Forensics at Lighthouse Global ("Lighthouse"), a technical litigation consulting company. I have worked in this role since 2020 and I began working at Lighthouse as a Senior Consultant in September 2018. As Manager of Digital Forensics, I serve as a member of the digital forensic services and evidence collection group for investigation and litigation matters at Lighthouse.

3. I have 17 years of experience in an examiner and senior examiner role within eDiscovery and forensic technology practices since 2004. I have personally performed or supervised the evidence collection and forensic examination of hundreds of devices on dozens of engagements for clients undergoing litigation. I have conducted these forensic examinations in the context of a wide range of legal matters including trade secret misappropriation, intellectual property theft, employment disputes, anti-trust, and divorce matters.

4. I have provided written affidavits in support of my forensic examinations in federal and state court multiple times. I also have experience with providing sworn testimony in support of my forensic examinations.

5. My training in the forensic field includes a Bachelor of Science in Computer Science from Eastern Michigan University that I received on August 23, 2004. Since 2004, I have also taken numerous continuing education courses in forensics. I have received the following certifications: Certified Computer Examiner in good standing with the International Society of Computer Forensic Examiners; Certified Information Systems Auditor with the Information Systems Audit and Control Association; licensed Professional Investigator with the State of

1

Decl. of K. Clarke iso TRO & Prelim. Inj.

Michigan; Magnet Forensics Certified Examiner; AccessData Certified Examiner; and EnCase Certified Examiner with Opentext.

6. As part of my analysis, I use a variety of forensic tools to analyze records of activity that are stored on the device that I am analyzing. I used three primary tools when conducting my forensic investigation of Ms. Li's devices. First, I used an application called USB Detective. USB Detective is an application for identifying, investigating, and reporting on USB storage devices that have been connected to a Windows system. Second, I used an application called AXIOM by Magnet Forensics, which extracts forensic artifacts from digital evidence, including internet history, network usage, and deletion activity. Third, I used an application called Forensic Tookit (FTK), which is a suite of computer forensics software that provides more of a file-system based view of the data.

## *Investigation*

7. Based on information provided by Pfizer, I understand that from Saturday, October 23 through Tuesday, October 26, Ms. Chun Xiao Li transferred over 12,000 files from her Pfizer laptop to an online Google Drive account. I also understand that Ms. Li admitted to transferring the files from Google Drive onto an external hard drive using her personal laptop and that she subsequently provided a laptop and external hard drive to Lighthouse for imaging and analysis.

8. Lighthouse was retained to conduct an analysis of the personal laptop and the external hard drive provided by Ms. Li. On November 1, Ryan Maxwell, Director of Digital Forensics at Lighthouse, imaged this laptop and hard drive. A forensic image, also known as a forensic copy, is a bit for bit exact copy of a digital storage device. This forensic image is saved as a series of electronic evidence files that contain all data from the original device while maintaining the original file metadata associated with all files on the device. This industry standard imaging process creates a series of E01 files, also known as Expert Witness Format files.

9. The laptop that Ms. Li provided is a Windows-based laptop bearing serial number "JS1WR72" and the external hard drive that Ms. Li provided is a Seagate Expansion drive bearing serial number "NA8DK5ZF." The images of these devices were stored on an encrypted storage device, the Apricorn Padlock 3.0. This storage device was then shipped via FedEx to the Lighthouse lab in San Francisco, CA. Our intake department logged receipt of the storage device and connected the images to our analysis workstations. My subsequent analysis was conducted on these images of Ms. Li's laptop and hard drive.

10. My analysis of Ms. Li's external hard drive shows that between Saturday, October 23, 2021 and Tuesday, October 26, 2021, files likely originating from approximately 30 zip files were transferred to the drive. Zip files are compressed files that allow a user to combine several files into a single zipped folder that occupies less storage space and may be more easily transferred.

11. My analysis was based on certain "zone identifier" files that are associated with these zip files. Zone identifier files are automatically generated when files are downloaded to a computer depending on the settings of the computer and the type of browser used. These files are used by the Windows operating system to manage security settings for downloaded files. A zone identifier is an alternate data stream that is typically hidden from the user. These zone identifier files likely would have been transferred to Ms. Li's external hard drive either after the zip file was extracted on a laptop and then copied to the external hard drive or when the zip file was directly extracted to the external hard drive. I was able to find these zone identifiers during my analysis of the hard drive images.

12. The zone identifiers that I discovered during my analysis show that these zip files originally resided at the path C:\Users\cli\Downloads as indicated in the table below:

| # | Item |
|---|------|
| 1 | Item |
| 2 | ReferrerUrl=C:\Users\cli\Downloads\A8081001-20211025T222259Z-001.zip |
| 3 | ReferrerUrl=C:\Users\cli\Downloads\ADVL 0912-20211025T224140Z-001.zip |
| 4 | ReferrerUrl=C:\Users\cli\Downloads\Basket Trial-20211025T060843Z-001.zip |
| 5 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211024T162317Z-001.zip |
| 6 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211024T164835Z-001.zip |
| 7 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211024T174647Z-001.zip |
| 8 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211024T190637Z-001.zip |
| 9 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211024T204157Z-001.zip |
| 10 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211025T001606Z-001.zip |
| 11 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211025T034903Z-001.zip |
| 12 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211025T042904Z-001.zip |
| 13 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211025T051839Z-001.zip |
| 14 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211025T055139Z-001.zip |
| 15 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211025T060403Z-001.zip |
| 16 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211025T185650Z-001.zip |
| 17 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211025T192340Z-001.zip |
| 18 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211025T222538Z-001.zip |
| 19 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211025T231012Z-001.zip |
| 20 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211025T231751Z-001.zip |
| 21 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211026T002434Z-001.zip |
| 22 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211026T004014Z-001.zip |
| 23 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211026T045424Z-001.zip |
| 24 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211026T045739Z-001.zip |
| 25 | ReferrerUrl=C:\Users\cli\Downloads\drive-download-20211026T050024Z-001.zip |
| 26 | ReferrerUrl=C:\Users\cli\Downloads\GPD Statistics-20211026T050728Z-001.zip |
| 27 | ReferrerUrl=C:\Users\cli\Downloads\Lorlatinib-20211026T182415Z-001.zip |
| 28 | ReferrerUrl=C:\Users\cli\Downloads\My publication-20211026T183741Z-001.zip |
| 29 | ReferrerUrl=C:\Users\cli\Downloads\Other-20211026T211728Z-001.zip |
| 30 | ReferrerUrl=C:\Users\cli\Downloads\SMO-20211026T224124Z-001.zip |
| 31 | ReferrerUrl=C:\Users\cli\Downloads\Weighted Z test-20211025T191656Z-001.zip |

This folder path indicates that the zip files were likely downloaded directly to a local hard drive "C:" and stored under the "cli" user profile folder. The "Users" folder is created by the Windows operating system and stores each user's profile folder. The subfolder after the "Users" folder indicates the particular user profile,

in this case "cli". Here, "cli" is consistent with the first initial and last name of Ms. Chun Xiao Li. The "Downloads" subfolder is typically the default folder that documents are saved to when downloaded from the internet.

13. Some of these zip files had names that I understand are associated with Pfizer, such as "GDP Statistics," "Lorlatinib," and "ADVL 0912." These folder names matched those provided by Pfizer as part of the list of Google Drive uploads. Other zip files had the generic name "drive-download." However, I was unable to determine the number of documents saved in any of these zip files because I was unable to recover them on the external hard drive.

14. Based on my analysis of these zone identifiers, I believe that these zip files were originally downloaded to a computer other than the laptop that Ms. Li provided to Lighthouse for imaging. I was unable to find any of the zip files that were associated with the folder C:\Users\cli\Downloads on the external hard drive. I was also unable to find these zip files on the personal computer.

15. I found no evidence indicating that these zip files had been saved to the personal computer provided by Ms. Li. In fact, there were several indications to the contrary. First, the only non-default user profile that appears active on this computer is "jdk," which is also listed as the laptop owner in the operating system information. For example, there is a Downloads folder located at the path C:\Users\jdk\Downloads, but I did not find any Pfizer documents in that folder. Second, the laptop was essentially dormant between October 20, 2021 and October 28, 2021; there was no browser usage, no access to Google Drive, nor network connections made during this time. Based on the time stamp in the filenames associated with the zip files, the downloads would have occurred during the time period that the laptop was dormant, from October 23, 2021 through October 26, 2021. Third, according to the Windows operating system event logs and the Windows system registry, the first time that the external hard drive was connected to the laptop was October 29, 2021. I also found that the "jdk" user account was

logged on mere seconds after the external hard drive was first connected on October 29, 2021.

16. Additionally, examination of the log file shows that on or after Saturday, October 30, 2021, hundreds of items from the external hard drive were deleted. Many of these items have a last accessed date of October 30, 2021 between 9-10 pm PST, suggesting that this was the last time these files were "accessed" by a computer. The log entries are spaced a few seconds apart as these files were deleted, which is consistent with mass deletion rather than a targeted deletion. These items included hundreds of folders and subfolders, which I determined by looking at the log entries and because there were no file extensions associated with the entries. Deleting a folder would delete all of the items saved within that folder, and the names of some of these folders suggested that they contained Pfizer documents. For example, three of the deleted folders were named "Inotuzumab," "Avelumab," and "ADVL 0912." The log information also shows that these folders were created just days earlier, on October 24-25, 2021.

17. I also did not find any evidence of a user profile on the laptop having the username "cli," nor is there evidence that a user profile bearing that name ever existed or was deleted from the laptop. My analysis of Ms. Li's laptop showed no evidence of anti-forensic activity. I did not find any file-shredding/wiping programs, time-stomping/manipulation programs, or any other activity associated with deleting or modifying the laptop's system information. The laptop provided by Ms. Li appears to be a typical Windows laptop and I would expect that the data that I analyzed above to be accurate. I also confirmed with Pfizer that "cli" is not a user profile on Ms. Li's Pfizer-issued laptop.

18. Based on my analysis described above and my 17 years of experience, it is my opinion that another computing device, with the user profile "cli," exists and that this device has not been provided for my analysis. This other device could contain the files identified by the zone identifiers that pointed to the folder

"C:\Users\cli\Downloads" as discussed above. The only way to ensure those files are not present on that other device is to analyze that device.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 22, 2021
South Lyon, Michigan

*/s/ Kevin Clarke*
Kevin Clarke