Ashok Ramani (SBN 200020)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel:  (650) 752-2000
Fax:  (650) 752-2111
ashok.ramani@davispolk.com

Dana M. Seshens (NY SBN 4148128)
(*pro hac vice application forthcoming*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800
dana.seshens@davispolk.com

*Attorneys for Plaintiff Pfizer Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PFIZER INC.,<br><br>        Plaintiff,<br><br> - against -<br><br>CHUN XIAO LI and DOES 1-5,<br><br>        Defendants. | Civil Action No. 3:21-cv-1980-CAB-JLB<br><br>**DECLARATION OF DAN MEYER IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Dan Meyer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of eighteen and make this Declaration In Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction dated November 23, 2021, based on personal knowledge and experience. If called as a witness, I could and would testify to such facts under oath.

2. I started working for Pfizer Inc. ("Pfizer") 24 years ago as Head of Nonclinical Statistics and am now Vice President and Head of Oncology Statistics. My current responsibilities at Pfizer include oversight of statistical activities for all later stage oncology clinical trials and regulatory submissions. For the last three years, I have also been serving as a Council Member to the New England Statistical Society, where I help to organize the annual New England Rare Disease Statistics Workshop. Prior to joining Pfizer, I worked at Lubrizol Corporation for almost 12 years as a manager of statistics in its research and development group. I hold a Ph.D. in Statistics from the University of Wisconsin-Madison and an undergraduate degree in Mathematics from University of California – Santa Barbara.

3. In my 24 years at Pfizer, I have witnessed incredible achievements. For example, as the COVID-19 pandemic spread globally, Pfizer decided that it had a moral and scientific imperative to develop and bring to the public a vaccine as quickly as possible. On March 17, 2020, Pfizer signed a letter of intent to partner with BioNTech to co-develop an mRNA-based coronavirus vaccine program, BNT162, aimed at preventing COVID-19 disease. The collaboration leverages Pfizer's expertise in vaccine research and development, regulatory capabilities, and global manufacturing and distribution network.

4. To date, Pfizer has invested over $2 billion of its own capital to develop its COVID-19 vaccine and has dedicated hundreds of Pfizer scientists, strategists, and other personnel to the COVID-19 vaccine effort. By risking its

own investment rather than relying on government funds, Pfizer could be more nimble in the development of the vaccine.

5.  The speed at which Pfizer was able to develop and gain approval of its vaccine was not due only to pandemic-related efforts and spending.  Rather, Pfizer had recently reorganized its research and development arm into biotech-like subdomains, allowing for better start-to-finish ownership of new products, like the COVID-19 vaccine.  Moreover, Pfizer leveraged its prior breakthrough innovations in the antiviral space to create the COVID-19 vaccine in record time.

6.  Since March 2020, Pfizer conducted numerous clinical trials and made various regulatory submissions in collaboration with BioNTech, in an effort to obtain emergency use authorization for the vaccine from the Food and Drug Administration ("FDA").  The FDA so authorized the Pfizer-BioNTech COVID-19 vaccine on or about December 11, 2020, making it the first COVID-19 vaccine available to the general public.  The FDA has since fully approved the vaccine for individuals 16 and older and has extended emergency use authorization for children as young as five years old.  Needless to say, Pfizer's vaccine has been a huge medical and commercial success

7.  The COVID-19 vaccine has rightfully garnered significant praise and recognition around the world, but it should not overshadow the important work Pfizer does in other fields.  For example, Pfizer is a world leader in the research and development of monoclonal antibodies that combat rare and debilitating diseases.

8.  In general, a body's immune system attacks foreign substances by generating a large number of antibodies, which are proteins that bind to certain targets in the body such as antigens that cause infections.  Once an antibody attaches to an antigen, it triggers the body's immune system to target and destroy cells containing that antigen.  A monoclonal antibody is an antibody made in a laboratory that is designed to bind to a specific antigen, such as an antigen on the

surface of a particular cancer cell.  Once the monoclonal antibody binds to the cancer cell, the body begins targeting and destroying cells like it.  Monoclonal antibodies may also be designed to target immune system cells to increase their activity against cancer cells.

9. One of the greatest challenges with respect to developing monoclonal antibodies is identifying the right antigen to target.  It takes years of research and development, trial and error work, and hundreds of millions of dollars in investment capital to investigate a potential new monoclonal antibody.  Most investigational monoclonal antibodies turn out to be failures, and the few that make it past early phase studies require even more resources and capital to bring to market.  Simply stated, finding the right antigen to target and developing a compatible monoclonal antibody requires absolute precision; anything short of that would fail to improve patients' health and could even prove fatal.

10. In 2014, Pfizer entered into an agreement with Merck KGaA to co-develop avelumab, a groundbreaking monoclonal antibody now sold under the tradename Bavencio.  Avelumab is FDA-approved drug to treat a specific type of cancer in the bladder or urinary tract called urothelial carcinoma (UC) when it has spread or cannot be removed by surgery.  It is also approved for patients with a rare and aggressive form of skin cancer called Merkel cell carcinoma.  Pfizer is currently researching whether avelumab could treat other forms of cancer, and whether avelumab could be effectively combined with other drugs.  Pfizer has invested over millions of dollars in the research and development of avelumab and as a direct result has saved countless lives.

11. Following in the footsteps of avelumab, Pfizer scientists discovered and began developing elranatamab, a bispecific monoclonal antibody.  Bispecific monoclonal antibodies are antibodies that can simultaneously bind to two different types of antigens or two different target sites on the same antigen.  Pfizer scientists believe elranatamab could be effective in treating multiple myeloma, a rare blood

cancer that affects plasma cells made in the bone marrow. There is currently a high unmet medical need for treating multiple myeloma, and Pfizer is in a race with its competitors to develop more advanced treatments. Recently, the FDA granted elranatamab Fast Track Designation, which is a process designed to facilitate the development, and expedite the review, of new drugs and vaccines that are intended to treat or prevent serious conditions that have the potential to address an unmet medical need. To date, Pfizer has invested millions of dollars in the research and development of elranatamab, as it hopes elranatamab will prove to be the company's next blockbuster drug.

12. In my role as Vice President and Head of Oncology Statistics at Pfizer, I oversee all statistical activities for oncology development in Pfizer's Global Product Development ("GPD") group, which is responsible for evaluating drug efficacy and safety in human clinical trials to obtain regulatory approval for drugs. Chun Xiao (Sherry) Li is in the GPD group.

13. GPD employees are well aware of their obligations to safeguard Pfizer confidential information. In addition to supervisors constantly issuing reminders about confidentiality at meetings and discussions, Pfizer conducts periodic trainings designed to ensure that employees are aware of the policies and expectations around data security. For example, GPD employees are required to take a course titled "Collaborate Securely: Safeguarding Sensitive Pfizer Information" that details the importance of safeguarding Pfizer confidential information. GPD employees must also take trainings on the "Blue Book," the Pfizer employee manual, which includes reminders about Pfizer's corporate policies regarding safeguarding sensitive information.

14. Given her role and responsibilities as Associate Director of Statistics, Ms. Li had access to highly confidential, proprietary, and trade-secret information related to numerous vaccines and medications, including the COVID-19 vaccine, avelumab, and elranatamab. I have been informed that between October 23, 2021

and October 26, 2021, Ms. Li transferred a large number of files from her Pfizer laptop to a personal Google Drive account and then downloaded those files to personal devices. I understand that she did this without Pfizer's permission, and while also considering an offer of employment from Xencor, Inc., which is one of Pfizer's competitors.

15. I have reviewed some of the documents Ms. Li transferred, and they contain highly confidential Pfizer information, including information related to the COVID-19 vaccine, avelumab, elranatamab, and other Pfizer innovations. Below I summarize four such documents. Based on my years of experience in the industry, these documents could be particularly beneficial to Pfizer's competitors.

16. The first document is a September 24, 2021 presentation titled "E2E Clinical Development + Submissions Playbook." This 101-page presentation reflects, among other things, Pfizer's analysis of the successes and breakthroughs of Pfizer's COVID-19 vaccine studies, end-to-end recommendations based on the COVID-19 vaccine studies, analysis concerning why the Pfizer and BioNTech relationship was successful compared to other partnerships, and the identification of critical data variables for drug studies and ways to manage them. As the document's title reflects, it is literally an end-to-end playbook for clinical development and submissions based on the successes of Pfizer's COVID-19 vaccine studies. The proprietary information contained in this document would provide a substantial business advantage to a competitor, and the loss of this information to a competitor would cause Pfizer significant and irreparable harm. To disclose it a competitor would significantly undermine Pfizer's ability to be first-to-market for subsequent vaccines and other pharmaceutical innovations and cause an incalculable loss of revenues and market share.

17. The second document is a February 21, 2021 presentation titled "Pfizer Oncology Virtual Hematology Franchise Year Beginning Meeting." This 67-page presentation contains, among other things, operational goals, key

achievements and key goals for various drugs, development plans and timelines, key next steps for elranatamab, a clinical development overview for elranatamab, and key strategies for elranatamab and other drugs.

18. The third document is a July 6, 2021 "Clinical Development Plan Document." This 114-page document details Pfizer's development plans for combining Pfizer's encorafenib and binimetinib to treat melanoma. The document discusses Pfizer's clinical development strategy, rationales, target product profiles, key elements of statistical analysis, global strategy, pediatric strategy, timelines, as well as a plethora of other highly sensitive information.

19. The fourth document is a February 20, 2019 presentation titled "Avelumab Case Study – Implementation of BLRM in Oncology Dose Finding Trials with Multiple Drug Combinations." This 23-page presentation discusses, among other things, Pfizer's approach to implementing the Bayesian Logistic Regression Model in studies with multiple drug combination, challenges in designing Phase 1 drug combination studies, dosing strategies for drug combinations, implementation issues, and specifics related to the design and decision processes related to Pfizer's Phase 1 avelumab studies.

20. The proprietary information contained in the second, third, and fourth documents described above would provide a substantial business advantage to a competitor, and the loss of this information to a competitor would cause Pfizer significant and irreparable harm. Indeed, to disclose to a competitor Pfizer's operational goals, its perception of key achievements, its development plan and timelines, and the like would be extremely damaging to Pfizer. Among other things, it would give Pfizer's competitors insight into its next moves and enable them to implement Pfizer's institutional knowledge and winning strategies learned over decades of research and development.

1 | I declare under penalty of perjury that the foregoing is true and correct.

2 | Executed on: November 22, 2021
3 | East Lyme, CT

Dan Meyer