# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFIZER INC.,<br><br>Plaintiff,<br><br>- against -<br><br>CHUN XIAO LI and DOES 1-5,<br><br>Defendants. | Case No. 3:21-cv-01980-CAB-JLB<br><br>**ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER** |

Presently before the Court is Plaintiff Pfizer Inc.'s *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction [Doc. No. 2 and 4], by which Plaintiff seeks to:

(a) Enjoin Ms. Chun Xiao Li from further using, disclosing, or transmitting Pfizer's confidential information or trade secrets;

(b) Enjoin Ms. Li from destroying, manipulating, or otherwise altering any of Pfizer's confidential information and trade secrets in her possession, including any electronic information such as metadata that shows last access-date and creation date; and

(c) Direct Ms. Li to provide Pfizer's outside counsel with attorneys-eyes-only access to (i) her personal Google Drive account(s), (ii) any and all computing devices in her possession, custody, and control, and (iii) to any other account or

device on which she may have stored Pfizer's confidential information or trade secrets, as well as to return any hard copy documents containing Pfizer's confidential information or trade secrets.

Having reviewed the materials submitted, the Court **GRANTS** Plaintiff's *Ex Parte* Motion as set forth below. Accordingly, until after the Court holds a hearing as to whether a preliminary injunction should issue, Defendant is **TEMPORARILY RESTRAINED** from:

(1) further using, disclosing, or transmitting Pfizer's confidential information or trade secrets;

(2) destroying, manipulating, or otherwise altering any of Pfizer's confidential information and trade secrets in her possession, including any electronic information such as metadata that shows last access-date and creation date;

(3) destroying or disposing of any computer devices on which she may have stored Pfizer's confidential information or trade secrets, and

(4) is ordered to return any hard copy documents containing Pfizer's confidential information or trade secrets.

Plaintiff **SHALL SERVE** Defendant with this Order to Show Cause and supporting papers (including the complaint and ex parte motion) by **November 24, 2021**.

Defendant **SHALL FILE** an opposition to the OSC and Plaintiff's *Ex Parte* Application on or before **December 2, 2021**.

Plaintiff **MAY FILE** a reply, if any, on or before **December 6, 2021**.

/ / / / /

/ / / / /

/ / / / /

The Parties **SHALL APPEAR** for a preliminary injunction hearing at **10:00 a.m.** on **December 9, 2021,** in Courtroom 15A, 333 W. Broadway, San Diego, CA 92101.

**IT IS SO ORDERED.**

Dated:  November 23, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge