Ashok Ramani (SBN 200020)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel:   (650) 752-2000
Fax:   (650) 752-2111
ashok.ramani@davispolk.com

Dana M. Seshens (NY SBN 4148128)
(*pro hac vice application forthcoming*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:   (212) 450-4000
Fax:   (212) 701-5800
dana.seshens@davispolk.com

*Attorneys for Plaintiff Pfizer Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFIZER INC., | Case No. 3:21-cv-01980-CAB-JLB |
| Plaintiff, | **AMENDED DECLARATION OF SERVICE** |
| - against - | |
| CHUN XIAO LI and DOES 1-5, | Person Served:<br>Chun Xiao Li |
| Defendants. | Date Served:<br>November 24, 2021 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

- Complaint;

- Civil Cover Sheet;

- Summons;

AMENDED DECL. OF SERVICE
21CV1980 CAB-JLB

- Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction;

- Memorandum of Points and Authorities in Support of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction;

- Declaration of Ashok Ramani in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction [Redacted];

- Declaration of Kevin Clarke in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction;

- Declaration of Brian Coleman in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction;

- Declaration of Dan Meyer in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction;

- Declaration of Thomas Smith in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction;

- Plaintiff's Notice of Party with Financial Interest;

- Plaintiff's Rule 7.1 Disclosure Statement;

- Plaintiff's *Ex Parte* Motion to File Documents Under Seal; Memorandum of Points and Authorities in Support Thereof;

- Declaration of Dan Meyer in Support of Plaintiff's Motion to File Documents Under Seal;

- [Proposed] Order Granting Plaintiff's *Ex Parte* Motion to File Documents Under Seal;

- Order to Show Cause and Temporary Restraining Order;

in the following manner: (check one)

1)   ☐   By personally delivering copies to the person served.

2)   ☐   By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3)   ☐   By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)   ☐   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at _____ on _____, 20_____.

5)   ☒   By email transmission.  With written consent by the person to whom this service is directed to, I electronically served a full and complete copy of the above-referenced documents by email transmission and did not receive any indication of technical error of receipt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 24, 2021
            Menlo Park, California       _s/ Angela Quach_
                                         Angela Quach
                                         Davis Polk & Wardwell llp
                                         1600 El Camino Real
                                         Menlo Park, California 94025
                                         Tel:   (650) 752-2000

AMENDED DECL. OF SERVICE
21cv1980 CAB-JLB