FILED
NOV 24 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> CHUN XIAO LI and DOES 1-5, <br><br> Defendants. | Case No.: 21-cv-1980-CAB-JLB <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Upon review of Plaintiff's ex parte motion to file documents under seal, dated November 23, 2021, and good cause appearing, it is hereby **ORDERED** that Exhibits 3-6 to the Declaration of Ashok Ramani in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction be filed under seal.

It is **SO ORDERED**.

Dated: November 24, 2021

Hon. Cathy Ann Bencivengo
United States District Judge