Ashok Ramani (SBN 200020)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel:  (650) 752-2000
Fax:  (650) 752-2111
ashok.ramani@davispolk.com

Dana M. Seshens (NY SBN 4148128)
(*pro hac vice application forthcoming*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800
dana.seshens@davispolk.com

*Attorneys for Plaintiff Pfizer Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFIZER INC.,<br><br>                         Plaintiff,<br><br>       - against -<br><br>CHUN XIAO LI and DOES 1-5,<br><br>                         Defendants. | Case No. 3:21-cv-01980-CAB-JLB<br><br>**STIPULATION EXTENDING CASE DEADLINES** |

     WHEREAS, on November 23, 2021, Plaintiff Pfizer Inc. ("Pfizer") filed a Complaint against Defendant Chun Xiao Li ("Li") (Dkt. 1);

     WHEREAS, on November 23, 2021, Pfizer filed an *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction (the "Motion") (Dkt. 2), which was accompanied by Pfizer's Opening Memorandum of Points and Authorities and the Declarations of Ashok Ramani, Dan Meyer, Thomas Smith, Brian Coleman, and Kevin Clarke (Dkt. 4);

WHEREAS, on November 23, 2021, the Court entered an Order to Show Cause and Temporary Restraining Order (the "Order") (Dkt. 7) temporarily restraining Li from: (1) further using, disclosing, or transmitting Pfizer's confidential information or trade secrets, (2) destroying, manipulating, or otherwise altering any of Pfizer's confidential information and trade secrets in her possession, including any electronic information such as metadata that shows last access-date and creation date, and (3) destroying or disposing of any computer devices on which she may have stored Pfizer's confidential information or trade secrets; and (4) ordering Li to return any hard-copy documents containing Pfizer's confidential information or trade secrets (collectively, the "Temporary Restraints");

WHEREAS, the Court's Order directed: Li to file an opposition to the Order and Pfizer's Motion by December 2, 2021; Pfizer to file a reply, if any, by December 6, 2021; and the parties to appear for a preliminary-injunction hearing on December 9, 2021;

WHEREAS, Li has expressed her willingness to cooperate with Pfizer and to resolve this action without further Court intervention, and the parties require additional time to pursue a resolution;

WHEREAS, the parties have met and conferred;

IT IS HEREBY STIPULATED, SUBJECT TO THE APPROVAL OF THE COURT, that:

1. The parties' briefing deadlines on December 2 and 6, 2021 are extended to December 9 and 13, 2021, respectively, and the December 9, 2021 preliminary-injunction hearing is adjourned to a date after December 13, 2021 that is convenient for the Court.

2. Li agrees to abide by the Temporary Restraints imposed by the Court's Order until the date of the to-be-rescheduled preliminary-injunction hearing.

3. The parties agree and stipulate that all dates, scheduling, timing, and terms established by this Stipulation shall be without prejudice to any party's claims or defenses and that the parties reserve their respective rights.

4. The terms of this Stipulation shall remain in effect from the date of its issuance until the Stipulation is amended or superseded by a further order of this Court.

| Dated: December 2, 2021 | DAVIS POLK & WARDWELL LLP |
|---|---|
| | */s/ Ashok Ramani* |
| | Ashok Ramani (SBN 200020) |
| | 1600 El Camino Real |
| | Menlo Park, California 94025 |
| | Tel:   (650) 752-2000 |
| | Fax:  (650) 752-2111 |
| | ashok.ramani@davispolk.com |
| | |
| | Dana M. Seshens (NY SBN 4148128) |
| | (*pro hac vice application forthcoming*) |
| | 450 Lexington Avenue |
| | New York, New York 10017 |
| | Tel:   (212) 450-4000 |
| | Fax:  (212) 701-5800 |
| | dana.seshens@davispolk.com |
| | |
| | *Attorneys for Plaintiff Pfizer Inc.* |
| Dated: December 2, 2021 | SINGER CASHMAN LLP |
| | */s/ Adam Cashman* |
| | Adam Cashman (SBN 255063) |
| | 505 Montgomery Street, Suite 1100 |
| | San Francisco, California 94111 |
| | Tel: (415) 500-6080 |
| | Fax: (415) 500-6080 |
| | acashman@singercashman.com |
| | |
| | *Attorney for Defendant Chun Xiao Li* |

**CERTIFICATE OF SERVICE**

I hereby certify that I am a citizen of the United States and employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within-entitled action. My business address is Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025.

On December 2, 2021, I served a true and correct copy of the foregoing on the party in this action address as follows:

☐ (BY OVERNIGHT COURIER) by placing the document(s) in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered by a FedEx or UPS agent for delivery.

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email address set forth below on this date:

Adam Cashman
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Tel: (415) 500-6080
Fax: (415) 500-6080
acashman@singercashman.com

*Attorney for Defendant Chun Xiao Li*

I declare under penalty of perjury that the above is true and correct.

Executed on December 2, 2021 at Menlo Park, California.

/s/ Angela Quach
Angela Quach
Litigation Paralegal
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
angela.quach@davispolk.com