# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFIZER INC., <br><br> Plaintiff, <br><br> - against - <br><br> CHUN XIAO LI and DOES 1-5, <br><br> Defendants. | Case No. 3:21-cv-01980-CAB-JLB <br><br> **ORDER EXTENDING CASE DEADLINES [DOC. NO. 13]** |

Presently before the Court is the parties' Stipulation Extending Case Deadlines (the "Stipulation") (Dkt. 10), by which Plaintiff Pfizer Inc. ("Pfizer") and Defendant Chun Xiao Li ("Li") seek approval of the following stipulated terms:

1. The parties' briefing deadlines on December 2 and 6, 2021 are extended to December 9 and 13, 2021, respectively, and the December 9, 2021 preliminary-injunction hearing is adjourned to a date after December 13, 2021 that is convenient for the Court.

2. Li agrees to abide by the Temporary Restraints imposed by the Court's Order until the date of the to-be-rescheduled preliminary-injunction hearing.

3.     The parties agree and stipulate that all dates, scheduling, timing, and terms established by this Stipulation shall be without prejudice to any party's claims or defenses and that the parties reserve their respective rights.

4.      The terms of this Stipulation shall remain in effect from the date of its issuance until the Stipulation is amended or superseded by a further order of this Court.

*     *     *

Having reviewed the materials submitted, the Court **GRANTS** the parties' Stipulation according to the stipulated terms above.  The December 9, 2021 preliminary-injunction hearing is **ADJOURNED** to <u>**December 20, 2021 at 10:00 a.m.**</u>

**IT IS SO ORDERED.**

Dated:  December 2, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge