Ashok Ramani (SBN 200020)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel:   (650) 752-2000
Fax:   (650) 752-2111
ashok.ramani@davispolk.com

Dana M. Seshens (NY SBN 4148128)
(admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:   (212) 450-4000
Fax:   (212) 701-5800
dana.seshens@davispolk.com

*Attorneys for Plaintiff Pfizer Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFIZER INC., <br><br>                              Plaintiff, <br><br> - against - <br><br> CHUN XIAO LI and DOES 1-5, <br><br>                              Defendants. | Case No. 3:21-cv-01980-CAB-JLB <br><br> **STIPULATION REGARDING PRELIMINARY INJUNCTION AND STAY OF PROCEEDINGS** |

WHEREAS, on November 23, 2021, Plaintiff Pfizer Inc. ("Pfizer") filed a Complaint against Defendant Chun Xiao Li ("Li") (Dkt. 1);

WHEREAS, on November 23, 2021, Pfizer filed an *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction (the "Motion") (Dkt. 2), which was accompanied by Pfizer's Opening

Memorandum of Points and Authorities and the Declarations of Ashok Ramani, Dan Meyer, Thomas Smith, Brian Coleman, and Kevin Clarke (Dkt. 4);

WHEREAS, on November 23, 2021, the Court entered an Order to Show Cause and Temporary Restraining Order (the "Order to Show Cause") (Dkt. 7) temporarily restraining Li from: (1) further using, disclosing, or transmitting Pfizer's confidential information or trade secrets, (2) destroying, manipulating, or otherwise altering any of Pfizer's confidential information and trade secrets in her possession, including any electronic information such as metadata that shows last access-date and creation date, and (3) destroying or disposing of any computer devices on which she may have stored Pfizer's confidential information or trade secrets; and (4) ordering Li to return any hard-copy documents containing Pfizer's confidential information or trade secrets (collectively, the "Temporary Restraints");

WHEREAS, the Court's Order to Show Cause directed: Li to file an opposition to the Order to Show Cause and Pfizer's Motion by December 2, 2021; Pfizer to file a reply, if any, by December 6, 2021; and the parties to appear for a preliminary-injunction hearing on December 9, 2021;

WHEREAS, on December 2, 2021, the parties filed a Stipulation Extending Case Deadlines (Dkt. 13);

WHEREAS, on December 2, 2021, the Court entered an Order Extending Case Deadlines (Dkt. 14) that extended Li's time to file her opposition to December 9, 2021 and Pfizer's time to file its reply to December 13, 2021, and adjourned the preliminary-injunction hearing to December 20, 2021;

WHEREAS, Li has expressed her willingness to cooperate with Pfizer and to resolve this action without further Court intervention;

WHEREAS, the parties have met and conferred;

IT IS HEREBY STIPULATED, SUBJECT TO THE APPROVAL OF THE COURT, that:

1. Li agrees to abide by the Temporary Restraints imposed by the Court's Order to Show Cause until the conclusion of this action, including the resolution of any appeals.

2. By December 6, 2021, Li will provide Pfizer's outside counsel with attorneys-eyes-only access to (i) her personal email account(s) and Google Drive account(s), (ii) any and all computing devices or accounts in her possession, custody, and control on which she stored or has reason to believe she may have stored Pfizer confidential information or trade secrets (including the laptop that Ms. Li uses in her consulting work for Fulcrum Therapeutics, Inc., as well as any external hard drives or USB thumb drives), (iii) her personal mobile phone(s).

3. To the extent Pfizer's outside counsel or its forensic vendor is provided access to any of Li's information protected by the attorney-client privilege or the attorney work-product doctrine, such access will not result in a waiver of the privilege or work-product protection.

4. By December 29, 2021, Pfizer will use best efforts to (i) search for, identify, and/or remediate any Pfizer confidential information or trade secrets on the devices and accounts provided by Ms. Li, and (ii) return all devices and accounts to Ms. Li;

5. By December 29, 2021, Li will submit to Pfizer a sworn declaration attesting (i) that she has exercised best efforts to cooperate with Pfizer's forensic investigation, including a summary of the facts regarding her cooperation, (ii) that she no longer possesses any Pfizer confidential information or trade secrets, (iii) that she has disclosed to Pfizer all accounts and devices that may have been used to transfer or store any Pfizer confidential information or trade secrets, including a summary of the facts regarding her use of each account or device to

transfer and/or store Pfizer confidential information or trade secrets, and (iv) that she has disclosed all persons, if any, to whom she disclosed any Pfizer confidential information or trade secrets.

6. By January 5, 2021, the parties will advise the Court of the status of their negotiations and any need for further proceedings in this action. If any party believes that further proceedings in this action are required, the party shall so advise the Court and submit a proposed amended schedule governing such proceedings.

7. All proceedings and deadlines in this action are stayed until the parties advise the Court of the status of their negotiations and any need for further proceedings. Nothing herein is intended to preclude either party from seeking emergency relief from the Court while proceedings are stayed to the extent such relief becomes necessary to protect either party's rights.

8. The parties agree and stipulate that all dates, scheduling, timing, and terms established by this Stipulation shall be without prejudice to any party's claims or defenses and that the parties reserve their respective rights.

9. The terms of this Stipulation shall remain in effect from the date of its issuance until the Court issues an order on Pfizer's Motion, the Stipulation is amended or superseded by a further order of this Court, or the action concludes, including the resolution of any appeals.

| | |
|---|---|
| Dated:  December 6, 2021 | Respectfully submitted,<br>DAVIS POLK & WARDWELL LLP<br><br>/s/ Ashok Ramani<br>Ashok Ramani (SBN 200020)<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Tel:   (650) 752-2000<br>Fax:   (650) 752-2111<br>ashok.ramani@davispolk.com<br><br>Dana M. Seshens (NY SBN 4148128)<br>(admitted *pro hac vice*)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Tel:   (212) 450-4000<br>Fax:   (212) 701-5800<br>dana.seshens@davispolk.com<br><br>*Attorneys for Plaintiff Pfizer Inc.* |
| Dated:  December 6, 2021 | SINGER CASHMAN LLP<br><br>/s/ Adam Cashman<br>Adam Cashman (SBN 255063)<br>SINGER CASHMAN LLP<br>505 Montgomery Street, Suite 1100<br>San Francisco, California 94111<br>Tel: (415) 500-6080<br>Fax: (415) 500-6080<br>acashman@singercashman.com<br><br>*Attorneys for Defendant Chun Xiao Li* |

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within-entitled action. My business address is Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025.

On December 6, 2021, I served a true and correct copy of the foregoing on the party in this action address as follows:

☐ (BY OVERNIGHT COURIER) by placing the document(s) in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered by a FedEx or UPS agent for delivery.

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email address set forth below on this date:

Adam Cashman
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Tel: (415) 500-6080
Fax: (415) 500-6080
acashman@singercashman.com
*Attorney for Defendant Chun Xiao Li*

I declare under penalty of perjury that the above is true and correct.

Executed on December 6, 2021 at Topanga, California.

*/s/ Angela Quach*
Angela Quach
Litigation Paralegal
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
angela.quach@davispolk.com