# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PFIZER INC.,<br><br>          Plaintiff,<br><br>- against -<br><br>CHUN XIAO LI and DOES 1-5,<br><br>          Defendants. | Case No. 3:21-cv-01980-CAB-JLB<br><br>**ORDER REGARDING PRELIMINARY INJUNCTION AND STAY OF PROCEEDINGS**<br><br>[Doc. No. 17] |

  Presently before the Court is the parties' Stipulation Regarding Preliminary Injunction and Stay of Proceedings (the "Stipulation") (Dkt. 17), by which Plaintiff Pfizer Inc. ("Pfizer") and Defendant Chun Xiao Li ("Li") seek approval of the following stipulated terms:

  1. Li agrees to abide by the Temporary Restraints imposed by the Court's Order to Show Cause until the conclusion of this action, including the resolution of any appeals.

  2. By December 6, 2021, Li will provide Pfizer's outside counsel with attorneys-eyes-only access to (i) her personal email account(s) and Google Drive account(s), (ii) any and all computing devices or accounts in her possession, custody, and control on which she stored or has reason to believe she may have stored Pfizer confidential information or trade secrets (including the laptop that

Ms. Li uses in her consulting work for Fulcrum Therapeutics, Inc., as well as any external hard drives or USB thumb drives), (iii) her personal mobile phone(s).

3. To the extent Pfizer's outside counsel or its forensic vendor is provided access to any of Li's information protected by the attorney-client privilege or the attorney work-product doctrine, such access will not result in a waiver of the privilege or work-product protection.

4. By December 29, 2021, Pfizer will use best efforts to (i) search for, identify, and/or remediate any Pfizer confidential information or trade secrets on the devices and accounts provided by Ms. Li, and (ii) return all devices and accounts to Ms. Li;

5. By December 29, 2021, Li will submit to Pfizer a sworn declaration attesting (i) that she has exercised best efforts to cooperate with Pfizer's forensic investigation, including a summary of the facts regarding her cooperation, (ii) that she no longer possesses any Pfizer confidential information or trade secrets, (iii) that she has disclosed to Pfizer all accounts and devices that may have been used to transfer or store any Pfizer confidential information or trade secrets, including a summary of the facts regarding her use of each account or device to transfer and/or store Pfizer confidential information or trade secrets, and (iv) that she has disclosed all persons, if any, to whom she disclosed any Pfizer confidential information or trade secrets.

6. By January 5, 2021, the parties will advise the Court of the status of their negotiations and any need for further proceedings in this action.  If any party believes that further proceedings in this action are required, the party shall so advise the Court and submit a proposed amended schedule governing such proceedings.

7. All proceedings and deadlines in this action are stayed until the parties advise the Court of the status of their negotiations and any need for further

proceedings. Nothing herein is intended to preclude either party from seeking emergency relief from the Court while proceedings are stayed to the extent such relief becomes necessary to protect either party's rights.

8. The parties agree and stipulate that all dates, scheduling, timing, and terms established by this Stipulation shall be without prejudice to any party's claims or defenses and that the parties reserve their respective rights.

9. The terms of this Stipulation shall remain in effect from the date of its issuance until the Court issues an order on Pfizer's Motion, the Stipulation is amended or superseded by a further order of this Court, or the action concludes, including the resolution of any appeals.

\*     \*     \*

Having reviewed the materials submitted, the Court **GRANTS** the parties' Stipulation according to the stipulated terms above.

**IT IS SO ORDERED.**

Dated: December 6, 2021

Hon. Cathy Ann Bencivengo
United States District Judge