Ashok Ramani (SBN 200020)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel: (650) 752-2000
Fax: (650) 752-2111
ashok.ramani@davispolk.com

Dana M. Seshens (NY SBN 4148128)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
dana.seshens@davispolk.com

*Attorneys for Plaintiff Pfizer Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PFIZER INC.,<br><br>Plaintiff,<br><br>- against -<br><br>CHUN XIAO LI and DOES 1-5,<br><br>Defendants. | Case No. 3:21-cv-01980-CAB-JLB<br><br>**JOINT STIPULATION OF DISMISSAL** |

WHEREAS, on November 23, 2021, Plaintiff Pfizer Inc. ("Pfizer") filed a Complaint against Defendant Chun Xiao Li ("Li") (Dkt. 1);

WHEREAS, on December 6, 2021, the Court entered an Order Regarding Preliminary Injunction and Stay Proceedings (the "PI Order") (Dkt. 18) that stayed all proceedings and deadlines in this action until the parties advise the Court of the status of their negotiations and any need for further proceedings;

WHEREAS, on January 18, 2022, the Court entered an Order Extending Case Deadlines (the "Case Deadlines Order") (Dkt. 24), directing the parties to

advise the Court of the status of their negotiations and any need for further proceedings in this action by February 23, 2022;

NOW THEREFORE, Pfizer Inc. and Chun Xiao Li, by and through their respective counsel, hereby stipulate and jointly request the entry of an Order providing that:

1. All claims asserted by Pfizer against Chun Xiao Li are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a);

2. Each of the parties shall bear their own costs, expenses and attorneys' fees.

Dated: February 23, 2022

Respectfully submitted,
DAVIS POLK & WARDWELL LLP

*s/ Ashok Ramani*

Ashok Ramani (SBN 200020)
1600 El Camino Real
Menlo Park, California 94025
Tel: (650) 752-2000
Fax: (650) 752-2111
ashok.ramani@davispolk.com

Dana M. Seshens (NY SBN 4148128)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
dana.seshens@davispolk.com

*Attorneys for Plaintiff Pfizer Inc.*

Dated: February 23, 2022

SINGER CASHMAN LLP

*s/ Adam Cashman*

Adam Cashman (SBN 255063)
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Tel: (415) 500-6080
Fax: (415) 500-6080
acashman@singercashman.com

*Attorney for Defendant Chun Xiao Li*